United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ELECTRICAL MEDICAL TRUST and PLUMBERS LOCAL UNION NO. 68 WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., U.S. ANESTHESIA PARTNERS HOLDINGS, INC., and U.S. ANESTHESIA PARTNERS OF TEXAS, P.A.,<br><br>Defendants. | Civil Case No. 4:23-cv-04398 |

**ORDER GRANTING MOTION TO TEMPORARILY SEAL PLAINTIFFS' SECOND AMENDED COMPLAINT**

The Court has considered Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint Temporarily Under Seal and ORDERS that the Clerk of Court keep Plaintiffs Electrical Medical Trust's and Plumbers Local Union No. 68 Welfare Fund's unredacted Second Amended Complaint under temporary seal absent further order from this Court.

It is so ORDERED.

OCT 2 0 2026
Date

The Honorable Alfred H. Bennett
United States District Judge